DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CHRISTOPHER MCGRATH,**
Appellant,

v.

**RITA MCGRATH,**
Appellee.

No. 4D19-2132

[May 13, 2020]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Elizabeth Ann Metzger, Judge; L.T. Case No. 562018DR001561.

Christopher McGrath, Indiantown, pro se.

No brief filed on behalf of appellee.

PER CURIAM.

*Affirmed.* *Applegate v. Barnett Bank of Tenn.,* 377 So. 2d 1150, 1152 (Fla. 1979).

GROSS, MAY and GERBER, JJ., concur.

\*     \*     \*

*Not final until disposition of timely filed motion for rehearing.*